JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOHAN DUA, an individual, | CASE NO. 2:20−cv−03187−AB−JC |
| Plaintiff, | Hon. André Birotte Jr. |
| v. | [~~PROPOSED~~] **ORDER GRANTING AMENDED JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |
| STARR INDEMNITY & LIABILITY COMPANY, and DOES l through 50, inclusive, | |
| Defendants. | Complaint Filed: February 4, 2020 |

The Court GRANTS the parties' stipulation to dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1) and hereby DISMISSES WITHOUT PREJUDICE this action in its entirety. Each party to bear their own attorneys' fees and costs.  This Order shall not serve as a waiver, estoppel or retraxit with respect to any party's rights or remedies, including Plaintiff's claim for any past or future Brandt attorney's fees or costs for pursuit of coverage, which may be presented if the case is refiled or in a separate action.  The Clerk of Court is instructed to close the case**. IT IS SO ORDERED.**

Dated:   August 4, 2020

_____
Hon. André Birotte Jr.
United States District Judge

- 1 -

4847-3052-2054.1